WILLIAM H. REXFORD, Respondent, v. CHAUNCEY FRAZIER, Appellant.— Judgment affirmed, with costs. Held, while we are of the opinion that a judgment for the delivery of an undivided one-half of some of the property in question cannot be sustained, yet in view of the fact that the property has been sold, as appears by statement made upon the argument, and the avails thereof are in the hands of the constable, for distribution, we think the judgment may properly be affirmed. All concur.

In the Matter of the Judicial Settlement of the Accounts of JAMES W. EGAN, as Executor, etc., of HANNAH EGAN MURPHY, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

CHARLES A. FINNEGAN, Respondent, v. GEORGE S. BUCK and Others, as and Constituting THE COUNCIL OF THE CITY OF BUFFALO, Appellants.— Motion for leave to appeal to Court of Appeals granted.

In the Matter of the Probate of the Last Will and Testament of WILLIAM JOHNSON, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

COCHRAN BOX AND MANUFACTURING COMPANY, Respondent, v. MONROE BINDER BOARD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

HENRY B. WEBER, Plaintiff, v. THE STATE OF NEW YORK, Defendant.— Appeal dismissed, without costs, upon stipulation filed.

WILLIAM A. MANOR, Respondent, v. CITY OF OSWEGO, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and briefs and pay to respondent's attorney ten dollars by July first.

HYDRAULIC POWER COMPANY OF NIAGARA FALLS, Respondent, v. PETTEBONE-CATARACT PAPER COMPANY, Appellant. HYDRAULIC POWER COMPANY OF NIAGARA FALLS, Respondent, v. CATARACT CITY MILLING COMPANY, Appellant.— Motion to dismiss appeals granted, unless appellants shall file and serve briefs by July first.

SPENCER KELLOGG & SONS, INC., Respondent, v. HUDSON TRADING COMPANY, Appellant.— Motion for stay pending appeal denied, without prejudice to an application at the Trial Term for a stay or postponement of the trial.

J. PETER WIRTH, Respondent, v. HARRY E. RISING, Appellant.— Motion granted and appeal dismissed, with costs.

NELLIE WHITMER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with costs. All concur.

GEORGE E. WHITMER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with costs. All concur.

JOSEPH B. MANG, Respondent, v. JOHN M. HOLLAND and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Application of BIRNEY CLARK, for a Writ of Certiorari, to Review the Action of the MAYOR OF THE CITY OF FULTON.— Application denied, as a matter of law and not in the exercise of any discretion. Held, that a writ of certiorari does not lie to review the action of the mayor.